UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUMINTRIUS DAMOUR GUNN,<br><br>Plaintiff,<br><br>v.<br><br>STANTON CORRECTIONAL FACILITY, et al.,<br><br>Defendants. | No. 2: 21-cv-0456 JAM KJN P<br><br><br><br>ORDER |

Plaintiff is proceeding, pro se, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, the June 29, 2021 order dismissing this action and judgment are vacated.

On April 14, 2021, the magistrate judge dismissed plaintiff's complaint with thirty days to file an amended complaint. (ECF No. 8.) Thirty days passed and plaintiff did not file an amended complaint. On May 19, 2021, the magistrate judge recommended that this action be dismissed. (ECF No. 10.) Plaintiff did not file objections to the findings and recommendations. On June 29, 2021, the undersigned adopted the findings and recommendations and dismissed this action. (ECF No. 12.) Judgment was entered. (ECF No. 13.)

On June 28, 2021, plaintiff filed a request for status. (ECF No. 11.) In the request for status, plaintiff states that he was not at the location where his mail was being sent. Plaintiff

includes a new address and states that he is still pursuing this action.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The June 29, 2021 order and judgment (ECF Nos. 12, 13) are vacated;
2. The Clerk of the Court is directed to re-serve plaintiff with the April 14, 2021 order (ECF No. 8);
3. Plaintiff is granted thirty days from the date of this order to file an amended complaint; failure to file an amended complaint within that time will result in the recommendation of dismissal of this action.

DATED: July 7, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE