UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUMINTRIUS DAMOUR GUNN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANTON CORRECTIONAL FACILITY, et al.,<br><br>　　　　　Defendants. | No.  2: 21-cv-0456 JAM KJN P<br><br><br>FINDINGS & RECOMMENDATIONS |

　　　　By order filed July 8, 2021, plaintiff was granted thirty days to file an amended complaint. (ECF No. 14.)  The July 8, 2021 order stated that failure to file an amended complaint within that time would result in the recommendation of dismissal of this action.  (Id.)  Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 17, 2021

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gunn456.fta(2)